IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **PO 17-5028-M-JCL** |
| | CVB Violation Nos: |
| Plaintiff, | FBDW007W, FBDW007X, |
| | FBDW007Y, FBDW007Z, |
| vs. | FBDW0080, FBDW008A |
| | FBDW008B |
| TODD K. SPENCE, | |
| | ORDER |
| Defendant. | |

_____

On October 24, 2017, Defendant Todd Spence filed a motion requesting the Court Order the United States Forest Service to return his personal property items which it confiscated or impounded in connection with Spence's alleged use of National Forest System Lands as a residence as charged in violation notice FBDW007W. But at Spence's April 6, 2017, the Court found Spence not guilty of the offense charged in violation notice FBDW007W.

Therefore, IT IS HEREBY ORDERED that the United States Forest Service shall provide Spence with reasonable notice permitting him to claim all of his personal property items that the Forest Service has in its possession, and shall

1

make arrangements for Spence to claim his property at a specific location on or before **November 8, 2017**.

DATED this 25th day of October, 2017.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge