IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 0 5 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES, | PO 17-5028-M-JCL |
| Plaintiff, | |
| vs. | ORDER |
| TODD K. SPENCE, | |
| Defendant. | |

The United States Forest Service shall afford Defendant Todd Spence access to its facility at 14th and Catlin Street, Missoula, Montana, for the purpose of allowing Spence to retrieve his property. Access shall be allowed for a period of four hours. The date and time of the access period shall be determined and coordinated by Spence's probation officer, Mr. Tucker Hood, in consultation with Assistant U.S. Attorney Thomas Bartleson. If Spence fails to retrieve his property as he will be directed, the Forest Service will be granted permission to dispose of the property.

IT IS SO ORDERED.

DATED this 5th day of February, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

1